## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**MILDRED STRICKLAND,**                            :

       **Petitioner**                        :          **CIVIL ACTION NO. 3:15-1028**

      **v.**                                   :                    **(JUDGE MANNION)**

**COMMONWEALTH OF**                      :
**PENNSYLVANIA and ATTORNEY**
**GENERAL OF THE STATE OF**              :
**PENNSYLVANIA,**

                               :

       **Respondent**

                               :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**   the report of Judge Carlson, (Doc. 4), is **ADOPTED IN ITS ENTIRETY**;

**(2)**   the Clerk of Court is directed to **TRANSFER THE INSTANT ACTION TO THE EASTERN DISTRICT OF PENNSYLVANIA**;

**(3)**   any decision on the petitioner's motion to proceed *in forma pauperis*, (Doc. 2), is held in abeyance pending review by the receiving court; and

**(4)**    the Clerk of Court is directed to **CLOSE THIS CASE IN**

**THIS COURT**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 2, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1028-01-ORDER.wpd